**Abatement Order filed April 4, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00266-CV
_____

### IN RE ROBERT LEE LASSER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 16-FD-3264**

---

## ABATEMENT ORDER

On March 28, 2019, relator Robert Lee Lasser filed a petition for writ of mandamus in this court. Relator asks this court to order to compel the Honorable Keri Foley, presiding judge of the County Court at Law No. 2, in Galveston County, Texas, to vacate an order denying relator's motion for judgment nunc pro tunc, that was signed by her predecessor, Judge Barbara Roberts, on September 24, 2018.

Accordingly, relator's petition for writ of mandamus is against Judge Roberts, who signed the order and no longer holds office.

Texas Rule of Appellate Procedure 7.2 provides if a mandamus proceeding is pending when the trial judge that is the subject of the proceeding ceases to hold office, the court of appeals must abate the mandamus proceeding to allow the successor judge to reconsider the original judge's decision. *See* Tex. R. App. P. 7.2(b). We therefore **ABATE** this case until Judge Foley has reconsidered relator's motion for judgment nunc pro tunc and relator has provided this court with a record showing the evidence presented to Judge Foley and her ruling on the motion, or relator moves to dismiss his petition for writ of mandamus as moot.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.